**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Raymond E. Brown (SBN 164819)
Lindsee B. Falcone (SBN 268072)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
rbrown@aguileragroup.com
lfalcone@aguileragroup.com

Attorneys for Plaintiff, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>Plaintiff,<br><br>v.<br><br>TOLL BROTHERS, INC., a Delaware corporation; SHAPELL INDUSTRIES, INC., a Delaware Limited Liability Corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. CV 20-03656-HSG<br><br>**STIPULATION RE 14 DAY EXTENSION OF LAST DAY TO AMEND PLEADINGS AND ADD PARTIES; ORDER** |

Plaintiff Travelers Property Casualty Company of America, ("Travelers") and Defendants Toll Brothers, Inc. and Shapell Industries, Inc. ("Shapell") (collectively, the "Parties") submit the following stipulation for a 14 day extension of the deadline to amend pleadings and add parties as follows:

1	WHEREAS, pursuant to this Court's September 10, 2020, Scheduling Order [dkt 25], the last day to amend pleadings and add parties is November 30. 2020.

WHEREAS, the Parties were confident that this deadline could be met and informed this Court of such in their joint status statement on November 17, 2020 [dkt 28].

WHEREAS, it has come to the Parties' attention that there are a few remaining outstanding documents necessary for Travelers to complete its proposed amended complaint, and Shapell will likely be unable to obtain them by November 30, 2020.

WHEREAS, Shapell believes that to the extent it will be able to obtain the additional information, it will be able to do so within 14 days.

WHEREAS, no previous request to extend the time to add parties has been made.

**THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN** the Parties through their counsel of record herein that the deadline for amending the pleadings and adding parties be extended by 14 days to December 14, 2020, so that Travelers may obtain the necessary remaining information to complete its amended pleading.

Dated: November 24, 2020         **THE AGUILERA LAW GROUP, APLC**

By: _____
    A. Eric Aguilera
    Raymond E. Brown
    Lindsee B. Falcone
    Attorneys for plaintiff Travelers Property
    Casualty Company of America

Dated: November 24, 2020         **PLANTE LEBOVIC, LLP**

By: _____
    Brian Plante
    Nichole Wong
    Attorneys for defendants Toll Brothers,
    Inc. and Shapell Industries, Inc.

**ORDER**

Based on the stipulation set forth above, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

The deadline for amended pleadings/adding parties is hereby extended to December 14, 2020.

IT IS SO ORDERED.

Dated: November 24, 2020

_____
UNITED STATES DISTRICT JUDGE
Honorable Haywood S. Gilliam Jr.