**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Raymond E. Brown (SBN 164819)
Lindsee B. Falcone (SBN 268072)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
rbrown@aguileragroup.com
lfalcone@aguileragroup.com

Attorneys for Plaintiff, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>Plaintiff,<br><br>v.<br><br>TOLL BROTHERS, INC., a Delaware corporation; SHAPELL INDUSTRIES, INC., a Delaware Limited Liability Corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. CV 20-03656-HSG<br><br>**STIPULATION TO FILE FIRST AMENDED COMPLAINT; ORDER** |

Plaintiff Travelers Property Casualty Company of America, ("Travelers") and Defendants Toll Brothers, Inc. and Shapell Industries, Inc. ("Shapell") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate and agree and request an order allowing Travelers to file its First Amended Complaint.

## RECITALS

1.  Travelers filed its complaint against Shapell on June 2, 2020 [ECF No. 1] and Shapell answered on July 30, 2020 [ECF No. 14].

2.  The parties served their initial disclosures on September 15, 2020, and their initial disclosure document productions on October 15, 2020. Shapell has provided additional documents since that time as well.

3.  Based on the information obtained through the documents provided by Shapell, Travelers asserts that it has discovered claims against additional defendants which should be alleged in its complaint. Travelers believes that inclusion of these additional defendants and claims will allow Travelers to fully litigate the entirety of the issues involved in the underlying action and will further lead to a more efficient and effective settlement process as well.

4.  The deadline for Travelers to amend its complaint to add these new defendants is December 14, 2020. [ECF No. 31.]

5.  The parties agree that no party will be prejudiced by Travelers' filing of a First Amended Complaint.

**ACCORDINGLY, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

1.  Travelers may file its First Amended Complaint to include the newly discovered claims against the additional parties.

Dated:  December 10, 2020            **THE AGUILERA LAW GROUP, APLC**

By:   /s/ Lindsee B. Falcone
        A. Eric Aguilera
        Raymond E. Brown
        Lindsee B. Falcone
        Attorneys for plaintiff Travelers Property
        Casualty Company of America

Dated:  December 10, 2020            **PLANTE LEBOVICH, LLP**

By: /s/ Nichole Wong_____
     Brian Plante
     Nichole Wong
     Attorneys for defendants Toll Brothers,
     Inc. and Shapell Industries, Inc.

**ORDER**

Based on the stipulation set forth above, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

Travelers may file its First Amended Complaint to include the newly discovered claims against the additional parties.

IT IS SO ORDERED.

Dated:  December 11, 2020        _____
                                 UNITED STATES DISTRICT JUDGE
                                 Honorable Haywood S. Gilliam Jr.