# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>Plaintiff,<br><br>v.<br><br>TOLL BROTHERS, INC., a Delaware corporation; SHAPELL INDUSTRIES, INC., a Delaware Limited Liability Corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. **CV 20-03656-HSG**<br><br>**ORDER RE ADR PROCESS AND DEADLINE** |

Having reviewed the stipulation between plaintiff Travelers Property Casualty Company of America and defendants, Toll Brothers, Inc., Shapell Industries, Inc., TIG Insurance Company (as successor by merger to American Safety Indemnity Company, erroneously named as TIG Insurance Company as successor to American Safety

Insurance Company), Interstate Fire & Casualty Co., National Union Fire Insurance Company Of Pittsburgh, Pa., Granite State Insurance Company, AIG Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company, and Ironshore Specialty Insurance Company, Stipulation To ADR Process and Deadline, and finding good cause for, the following deadline is hereby ordered:

Deadline for Private Mediation: October 31, 2021.

IT IS SO ORDERED.

Dated: 4/1/2021

_____
UNITED STATES DISTRICT JUDGE
Honorable Haywood S. Gilliam Jr.