# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>Plaintiff,<br><br>v.<br><br>TOLL BROTHERS, INC., a Delaware corporation; SHAPELL INDUSTRIES, INC., a Delaware Limited Liability Corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. **CV 20-03656-HSG**<br><br>**ORDER RE CONTINUANCE OF SCHEDULING ORDER DEADLINES** (as modified) |

Having reviewed the Stipulation to Continue Scheduling Order Deadlines filed by plaintiff Travelers Property Casualty Company of America and defendants, Toll Brothers, Inc., Shapell Industries, Inc., TIG Insurance Company (as successor by merger to American Safety Indemnity Company, erroneously named as TIG Insurance

Company as successor to American Safety Insurance Company), Interstate Fire & Casualty Co., National Union Fire Insurance Company Of Pittsburgh, Pa., Granite State Insurance Company, AIG Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company, and Ironshore Specialty Insurance Company, and finding good cause for the request, the deadlines set forth in the Scheduling Order are hereby continued to the following new dates:

| | |
|---|---|
| Close of Defense Duty/Liability Fact Discovery | September 24, 2021 |
| Exchange of Opening Defense Duty/Liability Expert Reports | October 8, 2021 |
| Exchange of Rebuttal Defense Duty/Liability Expert Reports | November 5, 2021 |
| Close of Defense Duty/Liability Expert Discovery | October 1, 2021 |
| Defense Duty/Liability Dispositive Motion Hearing Deadline | November 18, 2021, at 2:00 p.m. |
| ADR Deadline | October 31, 2021 |
| Defense Duty/Liability Pretrial Conference | February 15, 2022, at 3:00 p.m. |
| Defense Duty/Liability Jury Trial (7 days) | March 7, 2022, at 8:30 a.m. |

Discovery into fees and costs which continue to be incurred shall be subject to a deadline to be determined later.

IT IS SO ORDERED.

Dated: May 26, 2021

_____
UNITED STATES DISTRICT JUDGE
Honorable Haywood S. Gilliam Jr.