United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TOLL BROTHERS, INC., et al.,<br><br>    Defendants. | Case No. 20-cv-03656-HSG (KAW)<br><br>**ORDER TERMINATING MOTION TO COMPEL**<br><br>Re: Dkt. No. 100 |

On August 17, 2021, the district court referred the pending motion to compel to the undersigned. (Dkt. No. 101.) The undersigned does not, however, entertain motions to compel, and instead requires parties to file joint discovery letters to address pending discovery disputes. (Judge Westmore's General Standing Order ¶¶ 13-14, *http://cand.uscourts.gov/kaworders*.) Accordingly, the motion to compel is TERMINATED, and the parties are ordered to meet and confer to resolve the pending dispute without court intervention. If those efforts fail to fully resolve all issues of contention, the parties shall jointly write and file a letter outlining any remaining disputes consistent with the Court's Standing Order by **September 3, 2021**, absent an extension by the Court. Failure to meet and confer in good faith or participate in the discovery letter process may result in the Court issuing an order to show cause as to why the requested discovery should not be compelled.

    IT IS SO ORDERED.

Dated: August 23, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge