PLANTE LEBOVIC LLP
BRIAN C. PLANTE, California State Bar No. 175585
  bplante@plantelebovic.com
NICHOLE M. WONG, California State Bar No. 255967
  nwong@plantelebovic.com
18100 Von Karman Avenue, Suite 790
Irvine, CA 92612
Telephone: (949) 271-8700
Facsimile: (949) 627-2611

Attorneys for Toll Brothers, Inc. and
Shapell Industries, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, <br><br> Plaintiff, <br><br> vs. <br><br> TOLL BROTHERS, INC., a Delaware corporation; SHAPELL INDUSTRIES, INC., a Delaware Limited Liability Corporation; and DOES 1 through 10 inclusive, <br><br> Defendants. | CASE NO.  4:20-cv-03656-HSG <br><br> JUDGE:   Haywood S. Gilliam, Jr. <br><br> **ORDER GRANTING DEFENDANTS TOLL BROTHERS, INC. AND SHAPELL INDUSTRIES, INC.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** <br><br> ACTION FILED:   June 2, 2020 |

FOR GOOD CAUSE SHOWN, Defendants Toll Brothers, Inc. and Shapell Industries, Inc.'s Motion to Remove Incorrectly Filed Document is GRANTED.

The Clerk of the Court is directed to remove from the docket: Docket Nos. 115-2 and 115-4.

**IT IS SO ORDERED.**

Dated: 12/3/2021

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE