UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, Plaintiff, v. TOLL BROTHERS, INC., et al., Defendants. | Case No. 20-cv-03656-HSG **CONDITIONAL ORDER OF DISMISSAL** Re: Dkt. No. 133 |
|---|---|

The Court having been advised that Plaintiff Travelers Property Casualty Company of America and Defendants Toll Brothers, Inc. and Shapell Industries, Inc. have agreed to a settlement of this case, **IT IS HEREBY ORDERED** that this case be dismissed with prejudice as to Defendants Toll Brothers, Inc. and Shapell Industries, Inc.; provided, however, that if any party hereto shall certify to this Court, with proof of service of a copy thereon on opposing counsel, within 60 days from the date hereof, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial as to the settling parties.

Dated: 2/9/2022

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge