**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>TOLL BROTHERS, INC., a Delaware corporation; SHAPELL INDUSTRIES, INC., a Delaware Limited Liability Corporation; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No. 4:20-cv-03656-HSG<br><br>[PROPOSED] ORDER DISMISSING INTERSTATE FIRE & CASUALTY COMPANY, WITHOUT PREJUDICE<br><br>*Filed Concurrently with Joint Stipulation and request for dismissal without prejudice*<br><br>Action Filed: December 11, 2020<br>Trial Date: February 6, 2023 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to the stipulation between Plaintiff, Travelers Property Casualty Company of America, and Defendant, Interstate Fire & Casualty Company, Interstate Fire & Casualty Company is hereby dismissed, without prejudice, as to Plaintiff's Second Amended Complaint filed on February 12, 2021. Each party is to bear its own fees and costs relating to the action.

IT IS SO ORDERED.

Dated: May __6__, 2022

By: _____
The Honorable Judge Haywood S. Gilliam, Jr.
Judge of the United States District Court,
Northern District of California