**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Raymond E. Brown (SBN 164819)
Lindsee B. Falcone (SBN 268072)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
rbrown@aguileragroup.com
lfalcone@aguileragroup.com

Attorneys for Plaintiff, TRAVELERS PROPERTY
CASUALTY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>    Plaintiff,<br><br>  v.<br><br>TOLL BROTHERS, INC., a Delaware corporation; SHAPELL INDUSTRIES, INC., a Delaware Limited Liability Corporation; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No. **CV 20-03656-HSG**<br><br>**JOINT STIPULATION TO DISMISS IRONSHORE SPECIALTY INSURANCE COMPANY; ORDER** |

Pursuant to stipulation between plaintiff Travelers Property Casualty Company of America ("Travelers") and defendant Ironshore Specialty Insurance Company

("Ironshore"), Travelers agrees to dismiss Ironshore, only, from this action without prejudice pursuant to FRCP 41(a)(1)(A)(ii).

Travelers and Ironshore further stipulate to bear their own costs and fees.

Dated:  July 29, 2022    **THE AGUILERA LAW GROUP, APLC**

/s/ Lindsee B. Falcone
A. Eric Aguilera, Esq.
Raymond E. Brown, Esq.
Lindsee B. Falcone, Esq.
Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Dated: July 29, 2022    **WILSON, ELSER, MOSKOWITZ EDELMAN & DICKER LLP**

/s/ Kimberly D. Pye
John H. Podesta, Esq.
Kimberly Pye, Esq.
Attorneys for IRONSHORE SPECIALTY INSURANCE COMPANY

# ORDER

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to the stipulation between Plaintiff, Travelers Property Casualty Company of America, and Defendant, Ironshore Specialty Insurance Company, Ironshore Specialty Insurance Company is hereby dismissed, without prejudice, as to Plaintiff's Second Amended Complaint filed on February 12, 2021.  Each party is to bear its own fees and costs relating to the action.

IT IS SO ORDERED.

Dated:  July 29, 2022

By: _____
The Honorable Judge Haywood S. Gilliam, Jr.
Judge of the United States District Court,
Northern District of California