# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>TOLL BROTHERS, INC., a Delaware corporation; SHAPELL INDUSTRIES, INC., a Delaware Limited Liability Corporation; and DOES 1 through 10 inclusive,<br><br>　　　　Defendants. | Case No. **CV 20-03656-HSG**<br><br>**ORDER RE REVISED SCHEDULING ORDER** |

　　　Having reviewed the Joint Stipulation for Revised Scheduling Order filed by plaintiff Travelers Property Casualty Company of America and defendants, TIG Insurance Company (as successor by merger to American Safety Indemnity Company, erroneously named as TIG Insurance Company as successor to American Safety

1

**ORDER RE CONTINUANCE OF SCHEDULING ORDER DEADLINES**

Insurance Company), National Union Fire Insurance Company Of Pittsburgh, Pa., and Granite State Insurance Company, and finding good cause for the request, the deadlines set forth in the Scheduling Order are hereby continued to the following new dates:

| | |
|---|---|
| Close of Fact Discovery | September 19, 2022 |
| Exchange of Opening Expert Reports | September 30, 2022 |
| ADR Deadline | October 17, 2022 |
| Exchange of Rebuttal Expert Reports | October 17, 2022 |
| Close of Expert Discovery | November 16, 2022 |
| Non-Dispositive Motion Hearing Deadline | December 1, 2022, at 2:00 p.m. |

The deadlines for dispositive motions, the pre-trial conference and trial remain unchanged.

IT IS SO ORDERED.

Dated:  August 9, 2022

_____
UNITED STATES DISTRICT JUDGE
Honorable Haywood S. Gilliam Jr.

2
**ORDER RE CONTINUANCE OF SCHEDULING ORDER DEADLINES**