# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>Plaintiff,<br><br>v.<br><br>TOLL BROTHERS, INC., a Delaware corporation; SHAPELL INDUSTRIES, INC., a Delaware Limited Liability Corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. **CV 20-03656-HSG**<br><br>**ORDER RE REVISED SCHEDULING ORDER (as modified)** |

Having reviewed the Joint Stipulation for Revised Scheduling Order filed by plaintiff Travelers Property Casualty Company of America and defendant, Granite State Insurance Company, and finding good cause for the request, the deadlines set forth in the Scheduling Order are hereby continued to the following new dates:

1

**ORDER RE CONTINUANCE OF SCHEDULING ORDER DEADLINES**

| | |
|---|---|
| Close of Fact Discovery | October 19, 2022 |
| Exchange of Opening Expert Reports | October 31, 2022 |
| ADR Deadline | November 17, 2022 |
| Exchange of Rebuttal Expert Reports | November 17, 2022 |
| Close of Expert Discovery | December 16, 2022 |
| Non-Dispositive Motion Hearing Deadline | December 29, 2022, at 2:00 p.m. |

The deadlines for dispositive motions, the pre-trial conference and trial remain unchanged. For the avoidance of doubt, the Court clarifies that no dispositive motions may be filed because although the dispositive motion hearing deadline is in October, the filing deadline has already passed.

IT IS SO ORDERED.

Dated:  September 19, 2022

_____
UNITED STATES DISTRICT JUDGE
Honorable Haywood S. Gilliam Jr.